IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BILLY M. LAUDERDALE**                                                         **PLAINTIFF**

**V.**                                                        **NO.: 1:20-cv-83-JMV**

**ANDREW M. SAUL**
*Commissioner of Social Security*                                                **DEFENDANT**

**FINAL JUDGMENT**

Consistent with the Memorandum Opinion [22] entered today, this case is remanded with instructions to have a medical expert review the entirety of the medical records for the relevant period, including the MRI or the upper right extremity, and Dr. Dennis's medical source statement to provide a function-by-function analysis.

**SO ORDERED AND ADJUGED** this, the 29th day of April, 2021.

                                                              /s/ Jane M. Virden

                                                          **UNITED STATES MAGISTRATE JUDGE**